[No. 18653.   *En Banc.*   July 2, 1925.]

G. G. SCHNELLER, *Appellant*, v. H. H. VINCENT, *Respondent.*[1]

Appeal from a judgment of the superior court for Walla Walla county, Mills, J., entered January 24, 1923, upon granting a nonsuit, dismissing an action for conversion. Reversed.

*John C. Hurspool* and *Cary M. Rader*, for appellant.

*Sharpstein, Smith & Sharpstein*, for respondent.

#### ON REHEARING.

PER CURIAM.—The majority of the court is satisfied, upon the argument *En Banc*, with the result announced in the Departmental decision, *Schneller v. Vincent*, 131 Wash. 238, 229 Pac. 737, although there may be some question as to whether the facts establish an agreement on the part of the respondent to pay the appellant the balance due on the mortgage.

The judgment is therefore reversed.

---

[No. 18481.   *En Banc.*   July 15, 1925.]

ISABELLA MACDONALD, as *Administratrix etc., Respondent*, v. JOHN POTTS *et al., Appellants.*[2]

Appeal from a judgment of the superior court for Whitman county, Miller, J., entered July 6, 1923, upon the verdict of a jury rendered in favor of the plaintiff, in an action for unlawful detainer. Affirmed.

*LeRoy McCann*, for appellants.

*Troy & Yantis*, for respondent.

#### ON REHEARING.

PER CURIAM.—On a rehearing *En Banc*, a majority of the court adhere to the conclusion reached in the Departmental opinion heretofore filed herein and reported in 132 Wash. 59, 231 Pac. 164. The judgment of the superior court is therefore affirmed.

[1]Reported in 237 Pac. 1119.
[2]Reported in 237 Pac. 512.